# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marcia Wiersgalla,        Civil File No. 10-cv-1072 PAM/JJK

    Plaintiff,

**ORDER**

vs.

Allied Interstate, Inc., et al.

    Defendants.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                              BY THE COURT

Dated: July 29, 2010                    s/Paul A. Magnuson
                                         The Honorable Paul A. Magnuson
                                         Judge of United States District Court